UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CORNELIUS LORENZO WILSON (#356241) | CIVIL ACTION |
| VERSUS | NO. 18-301-JWD-EWD |
| TIMOTHY HOOPER, ET AL. | |

**RULING**

Before the Court is Plaintiff's Motion for Clarification (R. Doc. 7), in which Plaintiff requests that this Court clarify whether Plaintiff's dismissal was with or without prejudice. This Court declines to clarify the Ruling (R. Doc. 6) that is the subject of the Motion. However, the Court does notify Plaintiff that the effect of a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) is as follows: "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Clarification (R. Doc. 7) be and is hereby **DENIED**.

Signed in Baton Rouge, Louisiana, on May 23, 2019.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**